UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BAIRD,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

             Defendant.

CASE NO. 3:26-cv-05714-LK

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

Plaintiff's *in forma pauperis* ("IFP") application, Dkt. No. 1, is deficient. He indicates he has no income, no other sources of money, only $5 in cash on hand, no money in accounts, and no other valuable property. *Id.* at 2. He writes "N/A" in the portion of the form requesting a description of regularly monthly expenses. *Id.* The only other explanation he provides is: "Unemployed & disabled. Unable to work and make an income." *Id.* Plaintiff must file a revised IFP application, within twenty (20) days of the date of this Order. He must provide complete and detailed financial information, and, if he has no means of support, he must explain how he is able to meet basic

MINUTE ORDER - 1

expenses, including food and shelter. Failure to comply may result in denial of IFP and/or dismissal of this matter.

Dated this 8th day of July, 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk

MINUTE ORDER - 2