UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY BAIRD,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

CASE NO. 3:26-cv-05714-LK

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

Plaintiff's amended *in forma pauperis* ("IFP") application, Dkt. No. 3, is again deficient. He indicates he has no income, no other sources of money, $10 in cash on hand, no money in accounts, and no other valuable property. *Id.* at 1–2. He indicates he has $100 in monthly expenses for food and gas but that his "mom pays." *Id.* at 2. The remainder of his explanation states: "All expenses are shared between family members who are able to help. I live with my mom and I am on her phone plan." *Id.* The Court previously ordered Plaintiff to "provide complete and detailed financial information, and, if he has no means of support, he must explain how he is able to meet

basic expenses, including food and shelter." Dkt. No. 2 at 1–2. Plaintiff's amended IFP application does not include any information in the income section (which requests information on "gifts" and "public assistance") and omits how he pays for any medical expenses.

Plaintiff must file a revised IFP application within 21 days of the date of this Order. He must provide complete and detailed financial information, including listing any sources of financial assistance and indicating how he pays for medical expenses. Failure to comply may result in denial of IFP and/or dismissal of this matter.

Dated this 29th day of July, 2026.

Joshua C. Lewis
Clerk

*/s/Natalie Wood*
Deputy Clerk